Naylor & Austin, Samuel J. Naylor, and Melvin L. Austin, for plaintiff in error; Latham Castle, Attorney General of State of Illinois, for defendant in error; Preston W. Kimball, State's Attorney of Hancock county, Fred G. Leach, and Harry L. Pate, Assistant Attorneys General, of counsel. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; rehearing denied June 21, 1954; released for publication June 21, 1954.

In the Matter of Estate of Sarah Kanner, Deceased. Mandel Friedman, as Coexecutor, Petitioner-Appellant, v. Archie F. Friedman et al., Respondents-Appellees.

Gen. No. 9,947. (Abstract of Decision.)

Leslie G. Pefferle, for appellant; A. M. Fitzgerald, and Simon L. Friedman, for appellees. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.